**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Khalid Saboor HAYNES, Defendant–**
**Appellant.**

No. 06–12192
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 27, 2007.

Thomas H. Dale, Dale Law Firm, P.A., Orlando, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Khalid Saboor Haynes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

1999) (stating issues "not clearly outlined in an appellant's initial brief are deemed aban-

withdraw is **GRANTED,** and Haynes's conviction and sentence is **AFFIRMED.**